# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. MICHAEL A. SHIPP, U.S.D.J. |
| Plaintiff, | |
| v. | Criminal No. 17-32 (MAS) |
| KHALFINI RICHARDSON, | **AMENDED ORDER** |
| Defendant. | |

This matter having come before the Court on the application of Defendant Khalfini Richardson, through his attorney Brynn Giannullo Esq., and Assistant United States Attorney Joseph Gribko or Molly Lorber having appeared on behalf of the United States Attorney for the District of New Jersey, for an Order Modifying conditions of Pretrial Release to permit the defendant to attend a family funeral on May 9, 2017, and his daughter's birthday party on May 13, 2017, and PTS Officer Daniel Milne having no objection to this application,

Therefore, on this  8th  day of  May , 2017, it is

ORDERED that defendant's application to be permitted to attend a family funeral on May 9, 2017, between the hours of 9:00 a.m. and 1:00 p.m.; and to attend his daughter's birthday party on May 13, 2017, between the hours of 12:00 p.m. and 7:00 p.m., is hereby **GRANTED**/~~DENIED~~; and it is further

ORDERED that Mr. Richardson's return home will be monitored by Pretrial Services.

HON. MICHAEL A. SHIPP, U.S.D.J.