# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. MICHAEL A. SHIPP, U.S.D.J. |
| Plaintiff, | |
| v. | Criminal No. 17-32 (MAS) |
| KHALFINI RICHARDSON, | **ORDER** |
| Defendant. | |

This matter having come before the Court on the application of Defendant Khalfini Richardson, through his attorney Brynn Giannullo Esq., and Assistant United States Attorney Joseph Gribko or Molly Lorber having appeared on behalf of the United States Attorney for the District of New Jersey, for an Order Modifying conditions of Pretrial Release to permit the Defendant to attend his cousin's Sweet 16 party on February 2, 2018 and PTS Officer Lura Jenkins having no objection to this application,

Therefore, on this 1st day of February, 2018, it is

ORDERED that defendant's application to be permitted to attend his cousin's birthday on February 2, 2018 between the hours of 7:00 p.m. and 9:30 p.m. is hereby **GRANTED**/DENIED; and it is further

ORDERED that Mr. Richardson's return home will be monitored by Pretrial Services.

_____
HON. MICHAEL A. SHIPP, U.S.D.J.